UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Jack Peter Baratto,

       Plaintiff,

   v.                                                      ORDER ADOPTING
                                    REPORT AND RECOMMENDATION

Citizens Automobile finance,
Inc., et al.,

       Defendants.                              Civ. No. 11-105 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

Defendant's Motion to Dismiss [Docket No. 5] be DENIED.


DATED: August 22, 2011
_____         s/Michael J. Davis
At Minneapolis, Minnesota                       Michael J. Davis, Chief Judge
                                                                  United States District Court